UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NELSON CRUZ,

Defendant.

**ORDER**

17 Cr. 587 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference in this action scheduled for **October 31, 2023** is adjourned to later that same day, at **4:00 p.m.**

Dated: New York, New York
October 26, 2023

SO ORDERED.

_Paul Gardephe_
Paul G. Gardephe
United States District Judge