UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

NELSON CRUZ,

                     Defendant.

**ORDER**

17 Cr. 587 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      A sentencing hearing will take place in this matter on **June 13, 2024, at 2:00 p.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The Defendant's sentencing submission is due by **May 30, 2024**, and the Government's submission is due by **June 6, 2024**.

Dated: New York, New York
       April 24, 2024

                                               SO ORDERED.

                                               _____
                                               Paul G. Gardephe
                                               United States District Judge